ROY M. BRISBOIS, SB# 53222
   E-Mail: brisbois@lbbslaw.com
ERIC Y. KIZIRIAN, SB# 210584
   E-Mail: kizirian@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant American Honda
Motor Co., Inc.

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL MAZZA, JANET MAZZA, and DEEP KALSI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC.,<br><br>Defendant. | CASE NO. CV07-07857 VBF JTLx<br><br>Hon. Valerie Baker Fairbank<br><br>**DECLARATION OF ERIC Y. KIZIRIAN IN SUPPORT OF DEFENDANT AMERICAN HONDA MOTOR CO., INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

4840-5874-9186.1                CV07-07857 VBF JTLx
DECLARATION OF ERIC Y. KIZIRIAN

## DECLARATION OF ERIC Y. KIZIRIAN

I, ERIC Y. KIZIRIAN, DECLARE:

1. I am an attorney duly licensed to practice in all of the courts of the State of California and am a member of Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendant American Honda Motor Co., Inc. ("Honda"). I make this declaration in support of Honda's Opposition To Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts herein and if called to testify I could and would competently testify to them.

2. Exhibit 1 to this declaration is a true and correct copy of 2006 model year Acura RL product brochure, Bates numbered AHM-M00001526 through AHM-M00001560.

3. Exhibit 2 to this declaration is a true and correct copy of 2007 model year Acura RL product brochure, Bates numbered AHM-M00001579 through AHM-M00001610.

4. Exhibit 3 to this declaration is a true and correct copy of 2008 model year Acura RL product brochure, Bates numbered AHM-M00001630 through AHM-M00001659.

5. Exhibit 4 to this declaration is a true and correct copy of a document entitled "Acura Collision Mitigation Braking System 8/17/2005 Press Event Q&A," Bates numbered AHM-M0001797 through AHM-M00001804.

6. Exhibit 5 to this declaration is a true and correct copy of pages 31, 32, 50, 51, 90, and 91 from transcript of Jenny Howell's June 5, 2008 deposition.

7. Exhibit 6 to this declaration is a true and correct copy of Acura RL "Advanced Technology Tour" DVD, Bates numbered AHM-M0004278 (manually filed with the Court in conjunction with Form G-92).

8. Exhibit 7 to this declaration is a true and correct copy of the pages in the 2006 RL Owner's Manual that relate to the CMBS System, Bates numbered AHM-M000472, AHM-M0000800 through AHM-M0000809.

1  9. Exhibit 8 to this declaration is a true and correct copy of the pages in the 2007 RL Owner's Manual that relate to the CMBS System, Bates numbered AHM-M0000930, AHM-M00001289 through AHM-M0001298.

4  10. Exhibit 9 to this declaration is a true and correct copy of the pages in the 2008 RL Owner's Manual that relate to the CMBS System, Bates numbered AHM-M0002246 through AHM-M0002256.

7  11. Exhibit 10 to this declaration is a true and correct copy of the Summer 2007 Acura Style Magazine article entitled "Driver's Aid," Bates numbered MAZ0009-MAZ0010.

10  12. Exhibit 11 to this declaration is a true and correct copy of California Assembly Bill ("AB") 292 as originally introduced by Assemblyman Hayes on January 21, 1970.

13  13. Exhibit 12 to this declaration is a true and correct copy of AB 292 as Amended in the California Assembly on April 16, 1970.

15  14. Exhibit 13 to this declaration is a true and correct copy of the Assembly Committee of the Judiciary's Analysis of AB 292, dated April 20, 1970.

17  15. Exhibit 14 to this declaration is a true and correct copy of pages 167-169, 171-172 from the transcript of Susie Rossick's June 2, 2008 deposition.

19  16. Exhibit 15 to this declaration is a true and correct copy of pages 83, 97, 117, 121, 146-147, 150-153, 175, 179-181, 206-209, 227-228, 252-253 from transcript of Michael Mazza's May 23, 2008 deposition.

22  17. Exhibit 16 to this declaration is a true and correct copy of pages 55-56, 88-90, 100, 110, 120-121, 124 from transcript of Deep Kalsi's July 8, 2008 deposition.

24  18. Exhibit 17 to this declaration is a true and correct copy of pages 19-20, 46-49, 54-55, 59 from the transcript of Janet Mazza's May 24, 2008 deposition.

26  19. Exhibit 18 to this declaration is a true and correct copy of a document entitled "Office of Defects Investigation (ODI)," which was marked as Exhibit 18 to Michael Mazza's May 23, 2008 deposition transcript.

1  20. Exhibit 19 to this declaration is at true and correct copy of printouts from Acurazine.com, which were marked as Exhibit 17 to Michael Mazza's May 23, 2008 deposition transcript.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 14th day of July, 2008 in Los Angeles, California.

*(signature)*

Eric Y. Kizirian

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012
TELEPHONE 213.250.1800

4829-3627-4178.1

3

CV07-07857 VBF JTLx

DECLARATION OF ERIC Y. KIZIRIAN