ROY M. BRISBOIS, SB# 53222
E-Mail: brisbois@lbbslaw.com
ERIC Y. KIZIRIAN, SB# 210584
E-Mail: kizirian@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant American Honda Motor Co., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL MAZZA, JANET MAZZA, and DEEP KALSI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC.,<br><br>Defendant. | CASE NO. CV07-07857 VBF JTLx<br><br>Hon. Valerie Baker Fairbank<br><br>**DECLARATION OF DANIEL G. CROWE IN SUPPORT OF DEFENDANT AMERICAN HONDA MOTOR CO., INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

# DECLARATION OF DANIEL G. CROWE

I, DANIEL G. CROWE hereby declare as follows:

1. I am the Remarketing Manager for American Honda Motor Co., Inc. ("Honda") in Torrance, California. I make this declaration in support of Honda's Opposition To Plaintiffs' Motion for Class Certification. I have access to the information regarding the facts stated in this declaration, and if called as a witness, I could and would competently testify thereto under oath.

2. I have been employed by Honda since May 1977. As a result of my lengthy employment with Honda, as well as my current position as Remarketing Manager, I am familiar with, and have access to, Honda's records regarding the distribution and sale of Acura vehicles across the United States. I am also familiar with, and have access to, Honda's Customer Relationship Management System ("CRMS"), which among other things, is a record of communications between vehicle owners or prospective vehicle owners and Honda.

3. As part of its usual and customary business practices, Honda collects and retains (1) information about each vehicle – by model and model year – it sells in the United States, and (2) communications between Honda and consumers of its products. Honda retains this information in electronic format, which is accessible for electronic review.

4. I have access to Honda's electronically stored information regarding the retail sale of 2006-2008 model year Acura RL vehicles equipped with the Collision Mitigation Braking System ("CMBS"). I also have access to the CRMS system.

5. As of May 2008, Honda has sold 1,958 2006-2008 model year Acura RL vehicles with the CMBS system throughout the United States. Four owners of the 2006-2008 model year Acura RL vehicles with CMBS (0.20%) – which includes named plaintiffs Michael Mazza and Deep Kalsi – have complained to Honda that the CMBS system on their vehicles does not function as Honda represented in its

1 advertising or product literature.

3 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 10th day of July, 2008 in Torrance, California.

_____
Daniel G. Crowe