ROY M. BRISBOIS, SB# 53222
E-Mail: brisbois@lbbslaw.com
ERIC Y. KIZIRIAN, SB# 210584
E-Mail: kizirian@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant American Honda
Motor Co., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL MAZZA, JANET MAZZA, and DEEP KALSI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC.,<br><br>Defendant. | CASE NO. CV07-07857 VBF JTLx<br><br>Hon. Valerie Baker Fairbank<br><br>**DECLARATION OF DAVID HEATH IN SUPPORT OF DEFENDANT AMERICAN HONDA MOTOR CO., INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

# DECLARATION OF DAVID HEATH

I, DAVID HEATH hereby declare as follows:

1.   I am the Senior Manager of Sales Communications for American Honda Motor Co., Inc. ("Honda") in Torrance, California. I have been employed by Honda since 1981. I make this declaration in support of Honda's Opposition To Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify thereto under oath.

2.   At the time the Acura RL with CMBS went on sale to the public on or about September 2005, Honda had established an interactive sales tool for Acura dealerships known as the "Customer Information Center" or "CIC."

3.   CIC provides up-to-date information on Acura vehicles on an intranet website that is available to all dealership sales consultants at their sales stations. CIC included a "Key Features and Technologies" section, which provides detailed information about innovative features and technologies available on various Acura vehicles. Honda encouraged dealership personnel to share videos and other content on CIC with consumers at the time of sale because CIC provides clear and concise explanations about complex technologies on Acura vehicles, such as the Collision Mitigation Braking System ("CMBS"), and assists sales consultants in explaining the functionality of a particular feature and/or technology that may interest customers.

4.   When the 2006 model year Acura RL with CMBS went on sale to the public in September 2005, Honda had posted the contents of the glovebox DVD on CIC so that sales consultants can show the video to consumers who were interested in innovative features such as the CMBS system.

5.   The CIC intranet website was available to sales consultants at all Acura dealerships until March 2008.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct. Executed on this _11_th day of July,
3  2008 in Torrance, California.

_____
David Heath