Gene Williams (SBN 211390)
GWilliams@InitiativeLegal.com
Sue J. Kim (SBN 256392)
SKim@InitiativeLegal.com
Alexandria Witte (SBN 273494)
AWitte@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Fax: (310) 861-9051

Attorneys for Plaintiffs Michael Mazza, Janet Mazza and Deep Kalsi, and Others Similarly Situated

Roy M. Brisbois (SBN 53222)
brisbois@lbbslaw.com
Eric Y. Kizirian (SBN 210584)
kizirian@lbbslaw.com
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Fax: (213) 250-7900

Attorneys for Defendant American Honda Motor Co., Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL MAZZA, JANET MAZZA, and DEEP KALSI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR COMPANY, INC.,<br><br>Defendant. | Case No.: CV07-07857 VBF JTLx<br><br>Hon. Valerie Baker Fairbank<br><br>**CLASS ACTION**<br><br>**JOINT STATUS REPORT** |

Plaintiffs Michael Mazza, Janet Mazza, and Deep Kalsi ("Plaintiffs") and Defendant American Honda Motor Co., Inc. ("Honda" or "Defendant") (collectively with Plaintiffs, the "Parties") hereby respectfully submit the following Joint Status Report regarding the status of case and proposed schedule for subsequent proceedings.

## I. OBJECTIVE SUMMARY OF CASE

Plaintiffs have filed this class action alleging that the Collision Mitigation Braking System ("CMBS") on Acura RL vehicles does not warn drivers in time to avoid an accident because its purported stages of operation commonly overlap and the system may shut off in bad weather, including fog, rain and snow. Plaintiffs allege that Honda knew, but failed to disclose in pre-purchase advertising and marketing, the limitations of the CMBS. Instead, Plaintiffs allege that such disclosures were only made in post-purchase materials. Honda disputes Plaintiffs' allegations and maintains that it disclosed the CMBS' operation parameters and limitations in both pre and post purchase materials.

Plaintiffs allege that Honda's omissions violated California's Unfair Competition and False Advertising Laws; Consumer Legal Remedies Act; and common laws of unjust enrichment.

On December 16, 2008, this Court granted Plaintiffs' Renewed Motion for Class Certification, finding that Plaintiffs met their burden of showing that their proposed class satisfied the requirements of Rule 23(a) and Rule 23(b)(3). On January 2, 2009, Honda petitioned the United States Court of Appeals for the Ninth Circuit pursuant to Federal Rules of Civil Procedure 23(f) for permission to appeal this Court's December 16, 2008 certification order. The Ninth Circuit granted Honda's Rule 23(f) petition on March 12, 2009.

## II. PROCEDURAL STATUS

### A. Honda's Appeal

On June 9, 2010, the Ninth Circuit heard oral arguments on Honda's

appeal and the matter was deemed submitted on that date. On June 22, 2011, in light of the Supreme Court's decision in *Wal-Mart Stores, Inc. v. Dukes*, 603 F. 3d 571 (9th Cir. 2010) (en banc), *cert.granted*, 131 S.Ct. 2541, 79 U.S.L.W. 3128 (U.S. Dec. 6, 2010) (No. 10-277), the Ninth Circuit ordered the parties to submit supplemental briefs addressing the impact of the Supreme Court's decision on the instant case. On July 22, 2011, the parties submitted their respective supplemental briefs. The parties had continued to file supplemental letter briefs with the 9th Circuit in support of their respective positions on the appeal.

On January 12, 2012, the 9th Circuit entered its decision vacating this Court's order granting Plaintiffs' renewed motion for class certification and remanding for further proceedings. Plaintiffs subsequently filed a Petition for Rehearing En Banc in the 9th Circuit on February 2, 2012. Honda's time to respond to Plaintiffs' Petition has not yet expired.

## III. TRIAL MATTERS

Plaintiffs and Honda agree that the stay currently in effect should continue pending the decision on Plaintiffs' petition for rehearing en banc, and therefore, proposing a schedule for any subsequent proceedings in this matter would be premature at this time. The parties agree to apprise the Court promptly of any developments.

Dated: February 13, 2012  Respectfully submitted,

Initiative Legal Group APC

By: /s/ Alexandria Witte
Gene Williams
Sue J. Kim
Alexandria Witte

Attorneys for Plaintiffs Michael Mazza, Janet Mazza and Deep Kalsi, and Others Similarly Situated

| | | |
|---|---|---|
| 1 | Dated: February 13, 2012 | Lewis Brisbois Bisgaard & Smith LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Eric Y. Kizirian |
| 5 | | Roy M. Brisbois<br>Eric Y. Kizirian |
| 6 | | Attorneys for Defendant American Honda Motor Co., Inc. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067