Raul Perez (SBN 174687)
RPerez@InitiativeLegal.com
Andrew J. Sokolowski (SBN 226685)
ASokolowski@InitiativeLegal.com
Alexandria Witte (SBN 273494)
AWitte@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Fax: (310) 861-9051

Attorneys for Plaintiffs Michael Mazza, Janet Mazza and Deep Kalsi, and Others Similarly Situated

Roy M. Brisbois (SBN 53222)
brisbois@lbbslaw.com
Eric Y. Kizirian (SBN 210584)
kizirian@lbbslaw.com
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Fax: (213) 250-7900

Attorneys for Defendant American Honda Motor Co., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL MAZZA, JANET MAZZA, and DEEP KALSI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR COMPANY, INC.,<br><br>Defendant. | Case No.: CV07-07857 VAP (JTLx)<br><br>Hon. Virginia A. Phillips<br><br>**CLASS ACTION**<br><br>**JOINT STATUS REPORT**<br><br>Non-Appearance Case Review:<br>Date: May 14, 2012<br>Time: 8:30 a.m.<br>Place: Courtroom 2 (Riverside) |

Plaintiffs Michael Mazza, Janet Mazza, and Deep Kalsi ("Plaintiffs") and Defendant American Honda Motor Co., Inc. ("Honda" or "Defendant") (collectively with Plaintiffs, the "Parties") hereby respectfully submit the following Joint Status Report regarding the status of case in advance of non-appearance case review previously set for May 14, 2012 in this matter by the honorable Valerie Baker Fairbank, prior to reassignment to the honorable Virginia A. Phillips. The Parties submit this Joint Status Report out of an abundance of caution, in the instance that the Court has not taken the non-appearance case review off calendar in light of the upcoming telephonic Status Conference scheduled for June 25, 2012.

## I. OBJECTIVE SUMMARY OF CASE

Plaintiffs have filed this class action alleging that the Collision Mitigation Braking System ("CMBS") on Acura RL vehicles does not warn drivers in time to avoid an accident because its purported stages of operation commonly overlap and the system may shut off in bad weather, including fog, rain and snow. Plaintiffs allege that Honda knew, but failed to disclose in pre-purchase advertising and marketing, the limitations of the CMBS. Instead, Plaintiffs allege that such disclosures were only made in post-purchase materials. Honda disputes Plaintiffs' allegations and maintains that it disclosed the CMBS' operation parameters and limitations in both pre and post purchase materials. Plaintiffs allege that Honda's omissions violated California's Unfair Competition and False Advertising Laws; Consumer Legal Remedies Act; and common laws of unjust enrichment.

On December 16, 2008, this Court granted Plaintiffs' Renewed Motion for Class Certification, finding that Plaintiffs met their burden of showing that their proposed class satisfied the requirements of Rule 23(a) and Rule 23(b)(3). On January 2, 2009, Honda petitioned the United States Court of Appeals for the Ninth Circuit pursuant to Federal Rules of Civil Procedure 23(f) for permission

1  to appeal this Court's December 16, 2008 certification order.  The Ninth Circuit
2  granted Honda's Rule 23(f) petition on March 12, 2009.  On or about January 12,
3  2012, the 9th Circuit entered its order reversing the class certification order.
4  Plaintiffs subsequently filed a Petition for Rehearing En Banc in the 9th Circuit
5  Court of Appeals on February 2, 2012, which was denied on March 16, 2012.

## II.     CURRENT PROCEDURAL POSTURE

The Parties have previously announced to the Court in the Joint Status Report filed on April 12, 2012 (Docket No. 165) that they have commenced exploring potential resolution of the claims to the instant action.  In light of these discussions, and upon stipulation by the Parties, this Court continued the Status Conference to June 25, 2012 in an effort to permit the Parties to further discuss possible resolution of the instant matter.  At this time, the Parties are continuing to discuss resolution of the claims herein, and will update the Court as to the progress of these discussions and possible resolution in the next Joint Status Report to be filed in connection with the Status Conference on June 25, 2012.

Dated:  May 7, 2012                     Respectfully submitted,

                                        Initiative Legal Group APC


                                        By: /s/ Alexandria Witte
                                            Raul Perez
                                            Andrew J. Sokolowski
                                            Alexandria Witte

                                            Attorneys for Plaintiffs Michael Mazza,
                                            Janet Mazza and Deep Kalsi, and Others
                                            Similarly Situated

| | | |
|---|---|---|
| 1 | Dated: May 7, 2012 | Lewis Brisbois Bisgaard & Smith LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Eric Y. Kizirian |
| 5 | | Roy M. Brisbois<br>Eric Y. Kizirian |
| 6 | | Attorneys for Defendant |

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28