| | |
|---|---|
| 1 | Raul Perez (SBN 174687) |
| 2 | RPerez@initiativelegal.com |
|   | Alexandria Witte (SBN 273494) |
| 3 | AWitte@InitiativeLegal.com |
|   | Initiative Legal Group APC |
| 4 | 1800 Century Park East, 2nd Floor |
|   | Los Angeles, California 90067 |
| 5 | Telephone: (310) 556-5637 |
|   | Fax: (310) 861-9051 |

Attorneys for Plaintiffs Michael Mazza, Janet Mazza and Deep Kalsi, and Others Similarly Situated

Roy M. Brisbois (SBN 53222)
brisbois@lbbslaw.com
Eric Y. Kizirian (SBN 210584)
kizirian@lbbslaw.com
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Fax: (213) 250-7900

Attorneys for Defendant American Honda Motor Co., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL MAZZA, JANET MAZZA, and DEEP KALSI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR COMPANY, INC.,<br><br>Defendant. | Case No.: CV07-07857 VAP (JTLx)<br><br>Hon. Virginia A. Philips<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)** |

Plaintiffs Michael Mazza, Janet Mazza, and Deep Kalsi ("Plaintiffs") and Defendant American Honda Motor Co., Inc. ("Defendant") (collectively with Plaintiff, the "Parties"), through their respective undersigned counsel of record, hereby STIPULATE AND AGREE pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) to the dismissal with prejudice of the above-entitled action, bearing case no. CV07-07857 VAP (JTLx), and all claims asserted therein.

Dated: July 23, 2012                    Respectfully submitted,

                                        Initiative Legal Group APC


                                        By: /s/ Alexandria Witte
                                            Raul Perez
                                            Alexandria Witte

                                        Attorneys for Plaintiffs Michael Mazza,
                                        Janet Mazza and Deep Kalsi, and Others
                                        Similarly Situated


Dated: July 23, 2012                    Lewis Brisbois Bisgaard & Smith LLP


                                        By: /s/ Eric Y. Kizirian (authorized 7/23/12)
                                            Roy M. Brisbois
                                            Eric Y. Kizirian

                                        Attorneys for Defendant American
                                        Honda Motor Co., Inc.