Raul Perez (SBN 174687)
RPerez@initiativelegal.com
Alexandria Witte (SBN 273494)
AWitte@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Fax: (310) 861-9051

Attorneys for Plaintiffs Michael Mazza, Janet Mazza and
Deep Kalsi, and Others Similarly Situated

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL MAZZA, JANET MAZZA, and DEEP KALSI, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>AMERICAN HONDA MOTOR COMPANY, INC.,<br><br>    Defendant. | Case No.: CV07-07857 VAP (JTLx)<br><br>Hon. Virginia A. Philips<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION** |

Initiative Legal Group apc
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Initiative Legal Group apc**
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

**ORDER**

Pursuant to the Joint Stipulation submitted by the Parties, and good cause appearing:

IT IS HEREBY ORDERED that, pursuant to the parties' Joint Stipulation, the instant action is dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).


**IT IS SO ORDERED.**

Dated: August 03, 2012

_____
Hon. Virginia A. Phillips
United States District Judge