1 THE DIVISION OF ADULT INSTITUTIONS EAST FACILITY
2 CALIFORNIA MEN'S COLONY
3 ELIJAH M. SMITH JUNIOR 3rd,.
4 CDCR NO. A86995  CELL NO. 8265
5 P.O. BOX 8101 NORTH HIGHWAY ONE
6 SAN LUIS OBISPO, CALIFORNIA 93409



8 THE UNITED STATES DISTRICT COURT
9 FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 ELIJAH M. SMITH JUNIOR 3rd,. LLP.     CASE NO. 2:07-CV-07857-VBF-JTL
12 PLAINTIFFS - APPELLANT,               UNITED STATES COURT OF APPEALS
13         V.S.                          NINTH CIRCUIT
14 AMERICAN HONDA MOTOR                  FILED JANUARY 12, 2012
15     COMPANY, INC.,
16 DEFENDANT - APPELLANT,

19 APPEAL FROM A JUDGMENT OF THE SUPERIOR COURT OF LOS ANGELES
20 COUNTY, RONALD M. GOULD, JUDGE
21 THE PLAINTIFF ELIJAH M. SMITH JUNIOR 3rd, LLP,.
22 A CALIFORNIA RESIDENT SINCE 1970, WHO LIVED IN PINE BLUFF,
23 ARKANSAS,. UNTIL 1975, SMITH, LLP,. FILED AN DRAWING IN PUBLICATION
24 SMITH, LLP,. WHO DESIGN ALL AUTOMOBILES TRUCKS, CARS, SUV & RV
25 TRUCKS AND CAMPS IN THE UNITED STATES,.
26 A PREMISES LIABILES ACTION AGAINST FORD MOTOR COMPANY AND THE
27 HONDA ACURA RL,.
28

1. THIS AUTOMOBILE HAS VERY SLOW IN BRAKE SYSTEM,.
2. I HAVE JURISDICTION PURSUANT TO 28 U.S.C 1292, AND WE VACATE
3. THE CLASS CERTIFICATION ORDER,. WE HOLD THAT THE DISTRICT COURT
4. ERRED BECAUSE it ERRONEOUSLY CONCLUDED THAT CALIFORNIA LAW
5. COULD BE APPLIED TO THE ENTIRE NATIONWIDE CLASS. AND BECAUSE
6. its ERRONEOUSLY CONCLUDED THAT ALL CONSUMERS WHO PURCHASED
7. OR LEASE THE HONDA ACURA RL,. CAN BE PRESUMED TO HAVE RELIED
8. ON defendANT'S TO INSTALL AN BRAKE SYSTEM WHERE THE
9. MASTER CYLINDER (CMBS),. AdvERTiSEMENTS TO STEP AWAY
10. FROM MY DRAWING OF THE SMALL (CMBS),.
11. MASTER CYLINDER BOOSTERS (REPLACEMENT WITH IRON BRAKE KITS)
12. IN MAY 21, 2004 I ELIJAH M. SMITH JUNIOR 3rd, FILED IN LOS ANGELES
13. COUNTY SUPERIOR COURT CASE NO. B221322 APPEAL FROM JUDGMENT
14. OF THE SUPERIOR COURT OF LOS ANGELES COUNTY REVERSED INTO MY WORK
15. TESTING ON A FORD MOTOR LINCOLN MODLE YEAR 1989 it's RUNNING VERY
16. POORLY it's SOUND LIKE AN ENGINE SIZE 350, IT'S WILL BE BETTER
17. REPLACES THE ENGINE TO A FORD MODLE Y-BLOCK V-8 OFTEN OUT
18. PERFORMED its SMALL BLOCK CHEVY COMPETITION it HAS SEEN A
19. RESURGENCE IN POPULARITY AS OF LATE THANKS TO THE RAT-RODDING
20. MOVEMENT OF FORD LINCOLN MERCURY TESTIFING THAT THIS RESULT
21. TO BE MADE PROGRESS OF THE INSULATION WORK,.
22. FOR THIS MONTH 12/24/2012 SMITH LLP, HAS FILED AN COMPLAINT
23. ASSERTING A PREMISES LIABILITY CAUSE OF ACTION AGAINST
24. FORD MOTOR COMPANY (AMONG ALL MY ART DRAWING OF FORDS,
25. CHEVY, HONDA, BMW, CADILLAC, PORSCHE, NISSAN, INFINITI, AUDI,
26. BENTLEY, BUICK, HYUNDAI, CHEVROLET, CHRYSLER, DODGE, FIAT,
27. FISKER, ACURA, ISUZU, JEEP, KIA, LANDROVER, DAIHATSU, FERRARI,
28. LEXUS, MERCEDES-BENZ, MAZDA, MASERATI, MITSUBISHI,

1  OLDSMOBILE, PLYMOUTH, SAAB, SATURN, SCION, SUBARU, SUZUKI,
2  TOYOTA, VOLKSWAGEN, VOLO, HUMMER, PONTIAC,).
3
4  IN THE MID-2000'S CHEVY MOTOR COMPANY ENTERED INTO CONTRACTS
5  FOR THE CONSTRUCTION OF A NEW 1974-90 CHEVY IMPALA TWO-DOOR
6  COUPE,. IF THE SYSTEM SENSES A VEHICLE, it determines
7  THE DISTANCE AND CLOSING SPEED. IF THE CLOSING SPEED
8  GOSE ABOVE A PROGRAMED METER OF SPEED GOES ABOVE
9  GOSE ABOVE THE SYSTEM WILL IMMEDIATELY ALERT THE DRIVER
10 WHEN THE RED LIGHT COME ON "BRAKE" AUDIBLE ALARM
11 AND A FLASHING INDICATOR ON THE INSTRUMENT PANEL,.
12
13 IF THE DRIVER TAKES ACTION TO REDUCE SPEED, THE SYSTEM
14 WILL NOT AUTOMATICALLY THE DRIVER'S SEAT BELT AND LIGHTLY
15 APPLY THE BRAKES LIGHTS,.
16
17 WHEN THE SYSTEM SENSE THAT A FRONTAL COLLISION IS
18 UNAVOIDABLE AND THE DRIVER STILL TAKES NO ACTION,
19 THE FRONT SEAT BELTS ARE RETRACTED TIGHTLY AND STRONG
20 BRAKING IS APPLIED AUTOMATICALLY TO LOWER IMPACT SPEED
21 AND HELP REDUCE DAMAGE AND THE SEVERITY OF INJURY
22 COMPUTERS METER BRAKING SYSTEM,.



1. September 01, 1973
2. Elijah M. Smith 3rd LLP,
3. 227 West 88th Street
4. Los Angeles, California 90003,.
5. Correspondence Id: D-282656
6. Modle: Chevorlet Impala Year: 03-07-1974
7. 
8. The Paint Color of the Car is Red It's A Model Year 1974.'',
9. Engine 302
10. 
11. 
12. 
13. 

This the Second Line on this 1962 Model
Chevorlet Color White '',

1  THE VERY FIRST CAR WAS DRAWED AN THUNDER BIRD AND CHEVORLATE
2  IMPALA AUTOMOBILE WAS DRAWED BY ELIJAH M. SMITH JUNIOR 3rd,
3  WITH THE NAME WHAT HE GO BY: ALFRED BAITER, AND LEE J. AMES,.
4  IN THE YEAR OF 1980'S AND SEPTEMBER 13, 1972, IT'S WAS AN
5  FOUR DOOR AUTOMOBILE WITH AN DEER MODLE OCT 05, 1972 AND
6  APRIL 08, 1977 AN THE COLOR IS CANDY APPLE RED ENGINE SIZE 302.
7
8  MAY 02, 1973 ELIJAH M. SMITH JUNIOR 3rd LLP. TAKEN SOME NOTEBOOK
9  PAPER AN DRAWED A CHEVORLET TRUCK MODEL SEPTEMBER 22,
10 1973,. WITH ENGINE SIZE 350 V10, 5 SPEED GMC CHEVORLET
11 LONG BED AND SMALL BED TRUCK,.
12
13 THE REQUIREMENT OF FEDERAL RULE OF CIVIL PROCEDURE 23(A)
14 AND 23(B)(3). THE DISTRICT COURT CERTIFIED ELIJAH M. SMITH JUNIOR
15 3rd,. COMPANY FELIX CHEVROLET COMPANY DEPARTMENT INC,.
16 3330 SOUTH FIGUEROA STREET, LOS ANGELES, CALIFORNIA 90007
17 PHONE NO. (213) 748-6141  E-MAIL: WWW.FELIXAUTOS.COM
18 IS MY BUSINESS THAT WAS THE FIRST CAR DEALERSHIP COMPANY
19 IN LOS ANGELES CALIFORNIA,.
20 OF CARS, AND TRUCKS DEALERSHIP A NATIONWIDE CLASS OF PEOPLE
21 IN THE UNITED STATES BETWEEN AUGUST 17, 2005 AND THE DATE
22 OF ELIJAH M. SMITH JUNIOR 3rd LLP, CLASS CERTIFICATION
23 PURCHASED OR LEASED NEW OR USED VEHICLES EQUIPPED WITH
24 MASTER CYLINDER BOOSTERS AUTOMATICALLY ALARM WILL TELL YOU
25 WHEN BRAKES CMBS IS NOT WORKING,.
26
27
28

1  EXAMPLES: REAR AXLE AND FRONT AXLE HAS AN DEVICE ON THE BRAKE
2  BOOSTER BY MAKING THE DEVICE TALK TO OUR DRIVER SO THEY WILL
3  NOTICE TO STOP VEHICLES AN GET REPAIRS RIGHT AWAY,.
4
5  ELIJAH M. SMITH JUNIOR 3rd LLP, HAS BEEN AN COMMERCIALS
6  DRAWING AUTOMOBILES FROM AGE 03 DECEMBER 18, 1973,
7  WHERE IT'S BEEN 42 YEARS OF CREATING AUTOMOBILES
8  ALLSO MR. SMITH LLP, CREATED DRAWING OF TELEVISION ARTWORK
9  AN SCREEN TELEVISION, CELL PHONE, TEXTS CELL PHONE, MODIFYING
10 MACHINE CAR, TRUCKS, TRANSMITTING ELECTRONIC MECHANICAL
11 SAIL BOATS, ELETRICITY APPLIANCES OF MATERIAL THAT WILL
12 COMMERCIAL STATE IMPACT WITH HIS CELL PHONE REGARDING
13 WARNING DRIVER STOP TEXTING WHILE DRIVEN SPECIFICALLY
14 DRIVER ON HIGHWAY PUT PHONE AWAY, WHAT MR. SMITH LLP,
15 FUNCTIONING OF CREATURE COMFORTS PHONE SYSTEM TO BE
16 INSTALL INSIDE YOUR AUTOMOBILE AN ONSTAR GPS NAVIGATION
17 SYSTEM,.
18
19 THE DISTRICT COURT ALSO HELD THAT COMMON ISSUES
20 PREDOMINATE AND THAT CALIFORNIA FORUM STATE HAS ENOUGH
21 SIGNIFICANT CONTACT OR AGGREGATION OF CONTACTS TO THE
22 CLAIMS ASSERTED GIVEN DEFENDANTS AMERICAN FORD,
23 CHEVORLATE, HONDA MOTOR COMPANY,. WITH THE STATE
24 TO ENSURE THAT THE CHOICE OF CALIFORNIA LAW ARE
25 ARBITRARY CLAIM RESIDENT MEMBER (CITATIONS OMITTED).
26
27
28

1  I ELIJAH M. SMITH JUNIOR 3rd LLP, PERMISSION TO APPEAL
2  IMMEDIATELY AFTER THE DECISION GRANTING TRAIL
3  CERTIFICATION POLGRAPH TEST THIS CASE WAS INITIALLY
4  ARGUED AND SUBMITTED FOR DECISION ON JUNE 09, 2010
5  BUT SUBMISSION WAS DEFERRED ON DECEMBER 07, 2010
6  PENDING ON HEARING
7
8  JUNE 14, 1973 ELIJAH M. SMITH JUNIOR 3rd LLP, DRAWED AN DESIGN
9  OF A CHEVORLET CAR CALLED A BOB CAT CHEVORLET CAR IT
10 HAS TWO DOORS AND OTHER CAR HAS FOUR DOORS AUTOMOBILE
11 COLOR LIME GREEN WITH A WHITE LINE ON THE SECOND LINE ON
12 THE BACK REAR OF THE CHEVORLET CAR IN THE MIDDLE SECOND
13 LINE ON BOTH SIDE OF CAR,.
14
15 BEFORE CERTIFYING A TRIAL COURT MUST CONDUCT A RIGOROUS
16 ANALYSIS TO DETERMINE WHETHER THE PARTY SEEKING
17 CERTIFICATION OF AN POLGRAPH TEST HAS MET
18 THE PREREQUISITES OF RULE 23." SMITH, LLP V. AMERICAN
19 RESEARCH INST., INC, 253 F.3d 1180, 1186, Amended 273 F.3d 1266
20 (9TH CIR. 1973-2015). THE TRIAL COURTS FACTUAL DETERMINATIONS
21 WILL BE REVIEWED FOR ABUSE OF DISCRETION SO LONG AS IT REMAINS
22 WITH IN THE FRAME WORK OF RULE 23. Id. WHEN THE TRIAL COURTS
23 APPLICATION OF THE FACTS TO THE LAW REQUIRES ART DESIGNER
24 WHO CREATS AUTOMOBILES ELIJAH M. SMITH JUNIOR 3Rd, LLP WHO CREATED
25 CAMARO SS 1LE AND A MOVIE CALLED; TRANSFORMER, ON THE DATE
26 APRIL 13, 2002 MISREPRESENTATIONS CAR NAME "BUMER BEE",
27 POSSESSION OF THE PROPERTY INFORMATION HELD BY THE COURT
28 HEARING MOTION TO CONTINUE THIS ACTION VALUES THAT ANIMATE

1  LEGAL PRINCIPLES WE REVIEW THE HEARING THAT THE QUESTIONS
2  OF LAW OR FACT COMMON TO SEEKING POLGRAPH TEST TRUEFUL
3  TESTIFYING,.
4
5  THE dISTRICT COURTS FINDINGS THAT COMMON QUESTIONS EXIST
6  AS TO WHETHER SMITH LLP, HAd A dUTY TO dISCLOSE OR WHETHER
7  THE ALLEGEdLY OMITTEd FACTS WERE HIS MATERIAL ANd MISLEAdING
8  ARE PUBLISHEd IN THE LOS ANGELES TIMES PUBLICATION NETWORK
9  COMPANY INC,.
10
11             I DECLARE UNdER PENALTY OF PERJURY
12 THAT THE FOREGOING IS TRUE ANd CURRECT TO THE BEST OF MY
13 KNOWLEdGE ANd BELIEF. EXECUTEd ON 12/24/2012
14             RESPECTFULLY SUBMITTEd, DATE: 12-25-2012
15             ELIJAH M. SMITH JUNIOR 3Rd., LLP,
16             *Elyah M. Smith Junior 3rd,.*

**STATE OF CALIFORNIA**
**COUNTY OF SAN LUIS OBISPO**

I am the party of the above entitled actions, a citizen of the United States and over the age of eighteen years, and a resident of San Luis Obispo County. My current address is:

ELIJAH M. Smith Junior 3Rd, LLP,
California Men's Colony-East
P.O. Box 8101 Room 8265
San Luis Obispo, CA. 93409-8101

I CERTIFY ( OR DECLARE), UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON DECEMBER 24, 20 12, AT SAN LUIS OBISPO, CALIFORNIA, 93409-8101.

*Elijah M. Smith Junior 3rd,*
PETITIONER

---

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I AM A RESIDENT OF SAID COUNTY, I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ABOVE ENTITLED ACTION. MY BUSINESS ADDRESS IS:

ELIJAH M. Smith Junior 3Rd, LLP,
CALIFORNIA MEN'S COLONY-EAST
P.O. BOX 8101 / Room 8265
SAN LUIS OBISPO, CALIFORNIA 93409-8101

ON JANUARY 12, 20 12, I SERVED THE WITHIN WRit of THE UNITEd STATES ENTITLEd LEGAL document RECOMMENDATION OWNERSHIP of design AUTOMOBILES OBTAINed PROPERLY CONSEALED AS PROPERTY

ON THE PARTY: THE UNITEd STATES DISTRICT COURT V.S. THE CALIFORNIA APPELLATE of APPEALS

IN SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID, IN THE UNITED STATES MAIL, AT CALIFORNIA MEN'S COLONY, SAN LUIS OBISPO, CALIFORNIA, 93409-8101, ADDRESSED AS FOLLOWS:

THE UNITEd STATES DISTRICT COURT
312 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA 90012

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON DECEMBER 28, 20 12, AT SAN LUIS OBISPO COUNTY, CALIFORNIA.

SIGNATURE OF DECLARANT

(REV.1.10)

THE DIVISION OF ADULT INSTITUTIONS EAST FACILITY
CALIFORNIA MEN'S COLONY
ELIJAH M. SMITH JUNIOR 3RD, CDCR NO. AB6995 Cell No. 8265
P.O. BOX 8101 NORTH HIGHWAY ONE
SAN LUIS OBISPO, CALIFORNIA 93409-8101

STATE PRISON
GENERATED MAIL

THE UNITED STATES DISTRICT COURT
312 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA 90012

CLERK, U.S. DISTRICT COURT
RECEIVED
JAN - 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY



C/O GR 4934 12/28/12