FILED

UNITED STATES COURT OF APPEALS

FEB 27 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL MAZZA, on behalf of themselves and all others similarly situated; et al.,<br><br>            Plaintiffs - Appellees,<br><br> and<br><br>AMERICAN HONDA MOTOR COMPANY, INC.,<br><br>            Defendant - Appellee,<br><br> v.<br><br>ELIJAH M. SMITH, Jr., 3rd,<br><br>            Appellant. | No. 13-55117<br><br>D.C. No. 2:07-cv-07857-VAP-JTL<br>Central District of California,<br>Los Angeles<br><br>ORDER<br><br> |

Before: GOODWIN, WARDLAW, and MURGUIA, Circuit Judges.

    A review of the record demonstrates that this court lacks jurisdiction over this appeal because appellant was not a party to the underlying action and, therefore, lacks standing to bring this appeal. *See Hoover v. Switlik Parachute Co.,* 663 F.2d 964, 966 (9th Cir. 1981) (court lacks jurisdiction over appeal because appellant lacks standing to challenge order that pertains only to the co-defendant).

MF/Pro Se

Consequently, this appeal is dismissed for lack of jurisdiction.

All pending motions are denied as moot.

**DISMISSED.**